# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Myee D Bennett | § | Case No. 16-03717 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/08/2016 . The undersigned trustee was appointed on 02/08/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 120,168.75 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 78,718.17 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 26,450.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/29/2016 and the deadline for filing governmental claims was 08/08/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,508.44 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,508.44 , for a total compensation of $ 8,508.44 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.76 , for total expenses of $ 22.76 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/15/2017                By:/s/STEVEN R. RADTKE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: 16-03717 TAB | Judge: Timothy A. Barnes | Trustee Name: STEVEN R. RADTKE |
| Case Name: Myee D Bennett | | Date Filed (f) or Converted (c): 02/08/2016 (f) |
| | | 341(a) Meeting Date: 03/07/2016 |
| For Period Ending: 03/15/2017 | | Claims Bar Date: 07/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 510 Palace Ct. Schaumburg Il 60194-0000 Cook | 69,000.00 | 69,000.00 | | 120,168.75 | FA |
| 2. 2012 Nissan Sentra Carmax Auto Finance Secured Lien $20,320 | 8,775.00 | 8,775.00 | | 0.00 | FA |
| 3. Household Goods & Furniture | 800.00 | 0.00 | | 0.00 | FA |
| 4. Tv & Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 5. Normal Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. American Chartered | 150.00 | 0.00 | | 0.00 | FA |
| 7. 2015 Federal Income Tax Refund of $3,318 less tax preparatio (u) | 3,129.00 | 0.00 | | 0.00 | FA |
| 8. 2015 State Income Tax Refund -$403; includes earned income c (u) | 403.00 | 84.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $83,057.00      $77,859.00      $120,168.75      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

3/2017 Prepare TFR

2/2017 Received proceeds of sale; begin preparation of fee application

1/2017 Obtained Court approval to sell Debtor's home

10/2016 Broker employed

6/2016 Interviewing brokers

4/2016 Possible equity in residential real estate located at 510 Palace Court, Schaumburg, IL


Initial Projected Date of Final Report (TFR): 06/30/2018          Current Projected Date of Final Report (TFR): 06/30/2018

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-03717 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Myee D Bennett | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6313 |
| | Checking |
| Taxpayer ID No: XX-XXX5189 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | First American Title Company, Park Ridge 1300 Higgins Road, Suite 101 Park Ridge, IL 60068 | Proceeds of sale of trustee's right, title and interest in real estate | | $26,450.58 | | $26,450.58 |
| | | | Gross Receipts  $120,168.75 | | | | |
| | | | City/Town Taxes 07/01/16 to 12/30/16  ($1,335.89) | 2500-000 | | | |
| | | | County Taxes 07/01/16 to 12/30/16  ($248.88) | 2500-000 | | | |
| | | First American Title Company | Owner's Policy  ($1,600.00) | 2500-000 | | | |
| | | First American Title Company | State of IL Owner's Policy Fee  ($3.00) | 2500-000 | | | |
| | | First American Title Company | Settlement/Closing Fees  ($600.00) | 2500-000 | | | |
| | | Cook County Collector | County Property Taxes  ($1,335.90) | 2500-000 | | | |
| | | First American Title Company | Commitment Update Search  ($125.00) | 2500-000 | | | |
| | | First American Title Company | Service/Handling Wire Transfer Fee  ($40.00) | 2500-000 | | | |
| | | First American Title Company | Tax Payment Service Fee  ($50.00) | 2500-000 | | | |
| | | Coldwell Banker | Real Estate Commission  ($3,295.00) | 3510-000 | | | |
| | | BHHS Koenig Rubloff | Real Estate Commission  ($2,705.00) | 3510-000 | | | |
| | | Cook County Recorder of Deeds | State Transfer Tax  ($120.00) | 2500-000 | | | |
| | | Cook County Recorder of Deeds | County Transfer Tax  ($60.00) | 2500-000 | | | |
| | | Wells Fargo | Mortgage Payoff good thru 02/06/17  ($65,419.50) | 2500-000 | | | |
| | | Sheffield Manor Condominium Association | Association Dues  ($1,050.00) | 2500-000 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $26,450.58 | $0.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-03717 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Myee D Bennett | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6313 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5189 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Sheffield Manor Condominium Association | February Assessment ($189.00) | 2500-000 | | | |
| | | Sheffield Manor Condominium Association | Replacement Coupon Book ($50.00) | 2500-000 | | | |
| | | American Property Managment of Illinois | PAL Closing Fee ($50.00) | 2500-000 | | | |
| | | Myee D. Bennett | Payment in Full of Homestead Exemption ($15,000.00) | 8100-002 | | | |
| | | DiMonte & Lizak LLC | Reimbursement for HOA Fee ($230.00) | 2500-000 | | | |
| | | Alana Karras | Reimbursement for Schaumburg Transfer Stamp ($120.00) | 2500-000 | | | |
| | | Alana Karras | Reimbursement of Water Bill ($41.00) | 2500-000 | | | |
| | | First American Title Company | Closing Protection Coverage-Seller ($50.00) | 2500-000 | | | |
| | 1 | | 510 Palace Ct. Schaumburg Il 60194-0000 Cook $120,168.75 | 1110-000 | | | |

| | COLUMN TOTALS | $26,450.58 | $0.00 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $26,450.58 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $26,450.58 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6313 - Checking | $26,450.58 | $0.00 | $26,450.58 |
|  | $26,450.58 | $0.00 | $26,450.58 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $93,718.17 |
| Total Net Deposits: | $26,450.58 |
| Total Gross Receipts: | $120,168.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals:        $0.00        $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-03717  
Debtor Name: Myee D Bennett  
Claims Bar Date: 7/29/2016  
Date: March 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $8,508.44 | $8,508.44 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $22.76 | $22.76 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $11,950.00 | $11,950.00 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $221.00 | $221.00 |
| 100 3410 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $969.00 | $969.00 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $1,169.00 | $1,650.95 | $1,650.95 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $0.00 | $657.91 | $657.91 |
| 3 300 7100 | The Illinois Department Of Emplyment Security<br>The Illinois Attorney General"s Office<br>33 S. State St. Ste. 992<br>Chicago, Il 60490 | Unsecured | | $6,762.00 | $6,762.00 | $6,762.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-03717 Date: March 15, 2017
Debtor Name: Myee D Bennett
Claims Bar Date: 7/29/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 300 7100 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $5,411.06 | $5,411.06 |
| 5 300 7100 | Midland Funding, Llc P.O. Box 2011 Warren, Mi 48090 | Unsecured | | $0.00 | $3,076.78 | $3,076.78 |
| 6 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $360.68 | $360.68 |
| 7 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $374.90 | $374.90 |
| 8 300 7100 | Us Dept Of Education Claims Filing Unit Po Box 8973 Madison, Wi 53708-8973 | Unsecured | | $48,582.00 | $60,607.10 | $60,607.10 |
| 9 300 7100 | Capital One Na C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $0.00 | $1,048.81 | $1,048.81 |
| 10 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (H H Gregg) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $846.90 | $846.90 |
| 11 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Ashley Homestore) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $695.04 | $695.04 |
| | Case Totals | | | $56,513.00 | $103,163.33 | $103,163.33 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-03717
Case Name: Myee D Bennett
Trustee Name: STEVEN R. RADTKE

| | Balance on hand | $ | 26,450.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 8,508.44 | $ 0.00 | $ 8,508.44 |
| Trustee Expenses: STEVEN R. RADTKE | $ 22.76 | $ 0.00 | $ 22.76 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 11,950.00 | $ 0.00 | $ 11,950.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 221.00 | $ 0.00 | $ 221.00 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 969.00 | $ 0.00 | $ 969.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 21,671.20 |
| Remaining Balance | $ | 4,779.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,492.13  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 1,650.95 | $ 0.00 | $ 96.83 |
| 2 | Quantum3 Group Llc As Agent For | $ 657.91 | $ 0.00 | $ 38.59 |
| 3 | The Illinois Department Of Emplyment Security | $ 6,762.00 | $ 0.00 | $ 396.58 |
| 4 | Capital One Bank (Usa), N.A. | $ 5,411.06 | $ 0.00 | $ 317.35 |
| 5 | Midland Funding, Llc | $ 3,076.78 | $ 0.00 | $ 180.45 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 360.68 | $ 0.00 | $ 21.15 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | $ 374.90 | $ 0.00 | $ 21.99 |
| 8 | Us Dept Of Education | $ 60,607.10 | $ 0.00 | $ 3,554.51 |
| 9 | Capital One Na | $ 1,048.81 | $ 0.00 | $ 61.51 |
| 10 | Portfolio Recovery Associates, Llc | $ 846.90 | $ 0.00 | $ 49.67 |
| 11 | Portfolio Recovery Associates, Llc | $ 695.04 | $ 0.00 | $ 40.75 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 4,779.38 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE