UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-03717 |
| | ) | |
| MYEE D. BENNETT, | ) | Hon. Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **April 18, 2017**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

BennettNFRCrtSrv

# SERVICE LIST
## MYEE D. BENNETT, DEBTOR
## CASE NO. 16-03717

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Myee D. Bennett
510 Palace Ct.
Schaumburg, IL 60194

American InfoSource LP
 as agent for TD Bank, USA
PO Box 248866
Oklahoma City OK 73124-8866

Quantum3 Group LLC
as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Illinois Dept. of Employment Security
Illinois Attorney General's Office
33 S. State St. Ste. 992
Chicago, IL 60490

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte NC 28272-1083

Midland Credit Management, Inc. As Agent
for Midland Funding LLC
PO Box 2011
Warren MI 48090

PYOD, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

United States Dept. of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Capital One, N.A.
Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (HH Gregg)
PO Box 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (Ashley Homestore)
PO Box 41067
Norfolk, VA 23541

BennettTFRSrvList

1