# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
Myee D Bennett § Case No. 16-03717
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 6,459.00                          Assets Exempt: 22,598.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,779.38         Claims Discharged
                                                    Without Payment:  183,752.75

Total Expenses of Administration:  100,389.37

---

3) Total gross receipts of $ 120,168.75  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 105,168.75  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 86,697.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 100,389.37 | 100,389.37 | 100,389.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,856.00 | 81,492.13 | 81,492.13 | 4,779.38 |
| **TOTAL DISBURSEMENTS** | $ 163,553.00 | $ 181,881.50 | $ 181,881.50 | $ 105,168.75 |

4) This case was originally filed under chapter 7 on 02/08/2016 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2017          By:/s/STEVEN R. RADTKE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 510 Palace Ct. Schaumburg Il 60194-0000 Cook | 1110-000 | 120,168.75 |
| **TOTAL GROSS RECEIPTS** | | **$ 120,168.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Myee D. Bennett | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carmax Auto Finance, PO Box 3174 Milwaukee, WI 53201-3174 | | 20,320.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage, PO Box 10335 Des Moines, IA 50306-0335 | | 66,377.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 86,697.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 8,508.44 | 8,508.44 | 8,508.44 |
| STEVEN R. RADTKE | 2200-000 | NA | 22.76 | 22.76 | 22.76 |
| Alana Karras | 2500-000 | NA | 161.00 | 161.00 | 161.00 |
| American Property Managment of Illinois | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| Cook County Collector | 2500-000 | NA | 1,335.90 | 1,335.90 | 1,335.90 |
| Cook County Recorder of Deeds | 2500-000 | NA | 180.00 | 180.00 | 180.00 |
| DiMonte & Lizak LLC | 2500-000 | NA | 230.00 | 230.00 | 230.00 |
| First American Title Company | 2500-000 | NA | 2,468.00 | 2,468.00 | 2,468.00 |
| First American Title Company, Park Ridge | 2500-000 | NA | 1,584.77 | 1,584.77 | 1,584.77 |
| Sheffield Manor Condominium Association | 2500-000 | NA | 1,289.00 | 1,289.00 | 1,289.00 |
| Wells Fargo | 2500-000 | NA | 65,419.50 | 65,419.50 | 65,419.50 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 11,950.00 | 11,950.00 | 11,950.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 221.00 | 221.00 | 221.00 |
| Popowcer Katten Ltd. | 3410-000 | NA | 969.00 | 969.00 | 969.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BHHS Koenig Rubloff | 3510-000 | NA | 2,705.00 | 2,705.00 | 2,705.00 |
| Coldwell Banker | 3510-000 | NA | 3,295.00 | 3,295.00 | 3,295.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 100,389.37 | $ 100,389.37 | $ 100,389.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware, Attn: Bankruptcy PO box 8803 Wilmington, DE 19899-8803 | | 5,087.00 | NA | NA | 0.00 |
| | Cap One, Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130-0285 | | 5,325.00 | NA | NA | 0.00 |
| | CAP1/BSTBY, PO Box 5253 Carol Stream, IL 60197 | | 206.00 | NA | NA | 0.00 |
| | CB/Carsons, PO Box 182789 Columbus, OH 43218 | | 100.00 | NA | NA | 0.00 |
| | GECRB, PO. BOX 960013 Orlando, FL 32896 | | 847.00 | NA | NA | 0.00 |
| | GECRB, PO. BOX 960013 Orlando, FL 32896 | | 695.00 | NA | NA | 0.00 |
| | JARED, 375 Ghent Rd. Akron, OH 44333-2668 | | 2,801.00 | NA | NA | 0.00 |
| | Kohl/Cap1, PO Box 6497 Sioux Falls, SD 57117 | | 877.00 | NA | NA | 0.00 |
| | Midland Funding LLC, 8875 Aero Dr. Ste 200 San Diego, CA 92123-2255 | | 3,077.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quest Diagnostics, Attn: Patient Billing 1355 Mittl Boulevard Wood Dale, IL 60191-1024 | | 479.00 | NA | NA | 0.00 |
| | St. Alexius Medical Center, 21219 Network Place Chicago, IL 60673 | | 691.00 | NA | NA | 0.00 |
| | THD/CBNA, PO Box 6497 Sioux Falls, SD 57117-6497 | | 158.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | 1,169.00 | 1,650.95 | 1,650.95 | 96.83 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 5,411.06 | 5,411.06 | 317.35 |
| 9 | Capital One Na | 7100-000 | NA | 1,048.81 | 1,048.81 | 61.51 |
| 5 | Midland Funding, Llc | 7100-000 | NA | 3,076.78 | 3,076.78 | 180.45 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 846.90 | 846.90 | 49.67 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 695.04 | 695.04 | 40.75 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 360.68 | 360.68 | 21.15 |
| 7 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 374.90 | 374.90 | 21.99 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 657.91 | 657.91 | 38.59 |
| 3 | The Illinois Department Of Emplyment Security | 7100-000 | 6,762.00 | 6,762.00 | 6,762.00 | 396.58 |
| 8 | Us Dept Of Education | 7100-000 | 48,582.00 | 60,607.10 | 60,607.10 | 3,554.51 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 76,856.00 | $ 81,492.13 | $ 81,492.13 | $ 4,779.38 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-03717 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Myee D Bennett | | | | Date Filed (f) or Converted (c): | 02/08/2016 (f) |
| | | | | | 341(a) Meeting Date: | 03/07/2016 |
| For Period Ending: | 07/13/2017 | | | | Claims Bar Date: | 07/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 510 Palace Ct. Schaumburg Il 60194-0000 Cook | 69,000.00 | 69,000.00 | | 120,168.75 | FA |
| 2. 2012 Nissan Sentra  Carmax Auto Finance Secured Lien $20,320 | 8,775.00 | 8,775.00 | | 0.00 | FA |
| 3. Household Goods & Furniture | 800.00 | 0.00 | | 0.00 | FA |
| 4. Tv & Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 5. Normal Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. American Chartered | 150.00 | 0.00 | | 0.00 | FA |
| 7. 2015 Federal Income Tax Refund of $3,318 less tax preparatio (u) | 3,129.00 | 0.00 | | 0.00 | FA |
| 8. 2015 State Income Tax Refund -$403; includes earned income c (u) | 403.00 | 84.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)                    $83,057.00         $77,859.00                          $120,168.75         $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

6/2017 Waiting for checks to clear (TDR sent to UST on 7/13/17 for approval)

3/2017 Preparing TFR

2/2017 Received proceeds of sale;  begin preparation of fee application

1/2017  Obtained Court approval to sell Debtor's home for $120,000

10/2016 Broker employed

6/2016 Interviewing brokers

4/2016 Possible equity in residential real estate located at 510 Palace Court, Schaumburg, IL


Initial Projected Date of Final Report (TFR): 06/30/2018          Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-03717 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Myee D Bennett | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6313 |
| | Checking |
| Taxpayer ID No: XX-XXX5189 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | First American Title Company, Park Ridge 1300 Higgins Road, Suite 101 Park Ridge, IL 60068 | Proceeds of sale of trustee's right, title and interest in real estate | | $26,450.58 | | $26,450.58 |
| | | | Gross Receipts                 $120,168.75 | | | | |
| | | | City/Town Taxes 07/01/16 to 12/30/16           ($1,335.89) | 2500-000 | | | |
| | | | County Taxes 07/01/16 to 12/30/16             ($248.88) | 2500-000 | | | |
| | | First American Title Company | Owner's Policy                 ($1,600.00) | 2500-000 | | | |
| | | First American Title Company | State of IL Owner's Policy Fee       ($3.00) | 2500-000 | | | |
| | | First American Title Company | Settlement/Closing Fees          ($600.00) | 2500-000 | | | |
| | | Cook County Collector | County Property Taxes         ($1,335.90) | 2500-000 | | | |
| | | First American Title Company | Commitment Update Search        ($125.00) | 2500-000 | | | |
| | | First American Title Company | Service/Handling Wire Transfer Fee  ($40.00) | 2500-000 | | | |
| | | First American Title Company | Tax Payment Service Fee          ($50.00) | 2500-000 | | | |
| | | Coldwell Banker | Real Estate Commission         ($3,295.00) | 3510-000 | | | |
| | | BHHS Koenig Rubloff | Real Estate Commission         ($2,705.00) | 3510-000 | | | |
| | | Cook County Recorder of Deeds | State Transfer Tax              ($120.00) | 2500-000 | | | |
| | | Cook County Recorder of Deeds | County Transfer Tax              ($60.00) | 2500-000 | | | |
| | | Wells Fargo | Mortgage Payoff good thru 02/06/17   ($65,419.50) | 2500-000 | | | |
| | | Sheffield Manor Condominium Association | Association Dues              ($1,050.00) | 2500-000 | | | |
| | | | Page Subtotals: | | $26,450.58 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-03717 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Myee D Bennett | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6313 |
| | Checking |
| Taxpayer ID No: XX-XXX5189 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Sheffield Manor Condominium Association | February Assessment ($189.00) | 2500-000 | | | |
| | | Sheffield Manor Condominium Association | Replacement Coupon Book ($50.00) | 2500-000 | | | |
| | | American Property Managment of Illinois | PAL Closing Fee ($50.00) | 2500-000 | | | |
| | | Myee D. Bennett | Payment in Full of Homestead Exemption ($15,000.00) | 8100-002 | | | |
| | | DiMonte & Lizak LLC | Reimbursement for HOA Fee ($230.00) | 2500-000 | | | |
| | | Alana Karras | Reimbursement for Schaumburg Transfer Stamp ($120.00) | 2500-000 | | | |
| | | Alana Karras | Reimbursement of Water Bill ($41.00) | 2500-000 | | | |
| | | First American Title Company | Closing Protection Coverage-Seller ($50.00) | 2500-000 | | | |
| | 1 | | 510 Palace Ct. Schaumburg Il 60194-0000 Cook $120,168.75 | 1110-000 | | | |
| 05/18/17 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $8,508.44 | $17,942.14 |
| 05/18/17 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL 60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $22.76 | $17,919.38 |
| 05/18/17 | 1003 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $11,950.00 | $5,969.38 |
| | | | Page Subtotals: | | $0.00 | $20,481.20 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-03717 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Myee D Bennett | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6313 |
| | Checking |
| Taxpayer ID No: XX-XXX5189 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/17 | 1004 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $221.00 | $5,748.38 |
| 05/18/17 | 1005 | Popowcer Katten Ltd.<br>35 East Wacker Drive, Suite 1550<br>Chicago, IL 60601-2124 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $969.00 | $4,779.38 |
| 05/18/17 | 1006 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 5.86 % per court order. | 7100-000 | | $96.83 | $4,682.55 |
| 05/18/17 | 1007 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 5.86 % per court order. | 7100-000 | | $38.59 | $4,643.96 |
| 05/18/17 | 1008 | The Illinois Department Of Emplyment Security<br>The Illinois Attorney General"s Office<br>33 S. State St. Ste. 992<br>Chicago, Il 60490 | Final distribution to claim 3 representing a payment of 5.86 % per court order. | 7100-000 | | $396.58 | $4,247.38 |
| 05/18/17 | 1009 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 5.86 % per court order. | 7100-000 | | $317.35 | $3,930.03 |
| 05/18/17 | 1010 | Midland Funding, Llc<br>P.O. Box 2011<br>Warren, Mi 48090 | Final distribution to claim 5 representing a payment of 5.86 % per court order. | 7100-000 | | $180.45 | $3,749.58 |
| 05/18/17 | 1011 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 6 representing a payment of 5.86 % per court order. | 7100-000 | | $21.15 | $3,728.43 |
| 05/18/17 | 1012 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 7 representing a payment of 5.86 % per court order. | 7100-000 | | $21.99 | $3,706.44 |
| | | | Page Subtotals: | | $0.00 | $2,262.94 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-03717 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Myee D Bennett | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6313 |
| | Checking |
| Taxpayer ID No: XX-XXX5189 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/17 | 1013 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 8 representing a payment of 5.86 % per court order. | 7100-000 | | $3,554.51 | $151.93 |
| 05/18/17 | 1014 | Capital One Na<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 9 representing a payment of 5.86 % per court order. | 7100-000 | | $61.51 | $90.42 |
| 05/18/17 | 1015 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (H H Gregg)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 10 representing a payment of 5.86 % per court order. | 7100-000 | | $49.67 | $40.75 |
| 05/18/17 | 1016 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Ashley Homestore)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 11 representing a payment of 5.86 % per court order. | 7100-000 | | $40.75 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $26,450.58 | $26,450.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,450.58 | $26,450.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,450.58 | $26,450.58 |

Page Subtotals:   $0.00   $3,706.44

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6313 - Checking | $26,450.58 | $26,450.58 | $0.00 |
|  | $26,450.58 | $26,450.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $93,718.17 |
| Total Net Deposits: | $26,450.58 |
| Total Gross Receipts: | $120,168.75 |

Page Subtotals:    $0.00    $0.00